# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PARNELL R. MAY                                                                      PLAINTIFF

v.                            4:18CV00681-JM-JTK

PULASKI COUNTY REGIONAL DETENTION FACILITY, et al.       DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Pulaski County Regional Detention Facility, Pulaski County Sheriff's Office, Does, Brawley, Johnson, Briggs, and Jackson are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 8th day of January, 2019.

                                                 _____
                                                 JAMES M. MOODY, JR.
                                                 UNITED STATES DISTRICT JUDGE