IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARNELL MAY                                                                                          PLAINTIFF

v.                                         4:18CV00681-JM-JTK

PULASKI COUNTY REGIONAL DETENTION FACILITY, et al.            DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motions for Summary Judgment (Doc. Nos. 21, 23) are DENIED.

IT IS SO ORDERED this 29th day of January, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE