# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PARNELL MAY                                                                                          PLAINTIFF

v.                                    4:18CV00681-JM-JTK

PULASKI COUNTY REGIONAL DETENTION FACILITY, et al.             DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and Plaintiff's supplemental response to motion for summary judgment (ECF No. 65), his statement of facts supporting his response (ECF No. 66), and the objection to the proposed findings and recommendations (ECF No. 67) as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 55) is GRANTED, and Plaintiff's complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 16th day of September, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE