# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PARNELL MAY                                                                               PLAINTIFF

v.                          4:18CV00681-JM-JTK

PULASKI COUNTY REGIONAL DETENTION FACILITY, et al.        DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 16th day of September, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE